IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26CR-157-KDB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violations: 8 U.S.C. §§ 1326(a) and (b)(1) |
| | ) | 8 U.S.C. § 1306(b) |
| JORGE MARQUEZ-CAMACHO, | ) | |
| a/k/a RAUL MENDEZ-ORTIZ, | ) | |
| a/k/a CIRO MENDEZ-CRUZ, | ) | |
| a/k/a ARTURO RUIZ-JASSO | ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(ILLEGAL REENTRY BY A FELON – 8 U.S.C. §§ 1326(a) and (b)(1))**

On or about May 17, 2026, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**JORGE MARQUEZ-CAMACHO,**
**a/k/a RAUL MENDEZ-ORTIZ,**
**a/k/a CIRO MENDEZ-CRUZ,**
**a/k/a ARTURO RUIZ-JASSO,**

an alien previously removed from the United States on or about October 7, 2003, at or near El Paso, Texas, on or about February 26, 2013, at or near Brownsville, Texas, and on or about August 21, 2014, at or near Hidaldo, Texas, was found in the United States after having knowingly entered the United States, and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, and this occurred subsequent to a conviction for the commission of a felony.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

**COUNT TWO**
**(FAILURE TO NOTIFY ABOUT A CHANGE OF ADDRESS -- 8 U.S.C. § 1306(b))**

On or about May 17, 2026, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

1

**JORGE MARQUEZ-CAMACHO,**
**a/k/a RAUL MENDEZ-ORTIZ,**
**a/k/a CIRO MENDEZ-CRUZ,**
**a/k/a ARTURO RUIZ-JASSO,**

an alien, failed to give written notice to the Attorney General of a change of his address within ten days from the date of such change, as required by 8 U.S.C. § 1305.

In violation of Title 8, United States Code, Section 1306(b).

A TRUE BILL:

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY

2