AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
**UNITED STATES MARSHAL**

**2:10 pm, Jul 22 2026**

**WESTERN NORTH CAROLINA
CHARLOTTE**

| United States of America | ) |
| v. | ) |
| JORGE MARQUEZ-CAMACHO | ) |
| | ) |
| | ) |
| _Defendant_ | ) |

Case No. 3:26-CR-157-KDB

FILED
Charlotte
Aug 05 2026
U.S. District Court
Western District of N.C.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested_     JORGE MARQUEZ-CAMACHO
,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
   8 U.S.C. §§ 1326(a) and (b)(l)
   8 U.S.C. § 1306(b)

Date: 7/22/2026

_Issuing officer's signature_

City and state:    Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 7-22-2026 , and the person was arrested on _(date)_ 8-4-2026 at _(city and state)_ Charlotte, NC . |

Date: 8-4-2026

_Arresting officer's signature_

Kyle Wen  DO
_Printed name and title_

Case: 3:26-cr-00157-KDB-DCK-001   Document 2   Filed 07/22/2026   Page 1 of 1
Case 3:26-cr-00157-KDB-DCK      Document 4     Filed 08/05/26     Page 1 of 1